John WHEAT v. STATE.
7 Div. 858.

Court of Appeals of Alabama.
Jan. 19, 1932.

RICE, J.
Affirmed.

Robert WHITAKER v. STATE.
8 Div. 597.

Court of Appeals of Alabama.
Feb. 14, 1933.

BRICKEN, Presiding Judge.
Affirmed.

Frank WHITE v. CITY OF HUNTSVILLE.
8 Div. 366.

Court of Appeals of Alabama.
Jan. 21, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.

Davie WHITE v. STATE.
5 Div. 887.

Court of Appeals of Alabama.
Jan. 10, 1933.

A. L. Patterson, of Alexander City, for appellant.

Thos. E. Knight, Jr., Atty. Gen., and Thos. Seay Lawson, Asst. Atty. Gen., for the State.

RICE, J.
Affirmed.

Fred WHITE v. STATE.
8 Div. 606.

Court of Appeals of Alabama.
Feb. 21, 1933.

RICE, Judge.
Affirmed.

Walter WHITE v. STATE.
8 Div. 359.

Court of Appeals of Alabama.
Feb. 2, 1932.

SAMFORD, J.
Affirmed.

A. B. WHITE v. John Wesley WATKINS.
8 Div. 811.

Court of Appeals of Alabama.
May 18, 1933.

PER CURIAM.
Appeal dismissed for want of prosecution.

Buster WHITMORE v. STATE.
7 Div. 883.

Court of Appeals of Alabama.
Feb. 18, 1932.

PER CURIAM.
Appeal dismissed on motion of appellant.